# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

MARCUS HARRISON,

    Plaintiff,

vs.                                 CASE NO.: 6:17-cv-684-ORL-40TBS

GA&BI SERVICES, LLC,

    Defendant.         /

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, MARCUS HARRISON, by and through the undersigned attorney, sues the Defendant, GA&BI SERVICES, LLC, a Florida Limited Liability Company, and alleges:

1. Plaintiff, MARCUS HARRISON, was an employee of Defendant and brings this action for unpaid overtime compensation, liquidated damages, and all other applicable relief under the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b) ("FLSA").

### General Allegations

2. Plaintiff, MARCUS HARRISON was an employee who worked for Defendant within the last three years in Volusia County, Florida. Specifically, Plaintiff worked for Defendant from December 2014 through February 2017.

3. Plaintiff, MARCUS HARRISON, worked for Defendants as an hourly paid employee performing landscaping and maintenance for an hourly rate of $10.00 per hour.

4. Defendant, GA & BI SERVICES, LLC, operates and conducts business in Volusia County, Florida and is therefore, within the jurisdiction of this Court.

5. Defendant, GA & BI SERVICES, LLC, provides cleaning services for local hotels in Volusia County.

1

6. This action is brought under the FLSA to recover from Defendant overtime compensation, liquidated damages, and reasonable attorneys' fees and costs.

7. This Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §1331 and the FLSA.

8. During Plaintiff's employment with Defendants, Defendant, GA & BI SERVICES, LLC, earned more than $500,000.00 per year in gross sales.

9. Defendant, GA & BI SERVICES, LLC, employed approximately fifty (50) employees and paid these employees plus earned a profit from their business.

10. During Plaintiff's employment, Defendant, GA & BI SERVICES, LLC, employed at least two employees who handled goods, materials and supplies which travelled in interstate commerce, such as mops, scrubbers, cleaning chemicals, vacuums, and other items used to run the business.

11. Therefore, at all material times relevant to this action, Defendant, GA & BI SERVICES, LLC, was an enterprise covered by the FLSA, and as defined by 29 U.S.C. §203(r) and 203(s).

## FLSA Violations

12. At all times relevant to this action, Defendants failed to comply with the FLSA because Plaintiff performed services for Defendant for which no provisions were made by Defendant to properly pay Plaintiff for all overtime hours worked.

13. During his employment with Defendant, Plaintiff was not paid time and one-half his regular rate of pay for all hours worked in excess of forty (40) per work week during one or more work weeks.

14. Based upon these above policies, Defendants have violated the FLSA by failing to

pay complete overtime pay.

15. Upon information and belief, the records, to the extent any exist, concerning the number of hours worked and amounts paid to Plaintiff are in the possession and custody of Defendants.

## COUNT I - RECOVERY OF OVERTIME COMPENSATION

16. Plaintiff reincorporates and readopts all allegations contained within Paragraphs 1-15 above as though stated fully herein.

17. Plaintiff is/was entitled to be paid time and one-half his regular rate of pay for each hour worked in excess of forty (40) per work week.

18. During his employment with Defendants, Plaintiff worked overtime hours but was not paid time and one-half compensation for same. .

19. Specifically, Defendant paid Plaintiff his regular rate ($10.00) for all hours works regardless of how many overtime hours were worked in the workweek.

20. Defendant has failed provide accurate overtime compensation for numerous pay periods.

21. Defendant did not have a good faith basis for their decision not to pay Plaintiff full overtime compensation.

22. In addition, Defendants failed to post the required informational listings for the Plaintiff and other employees pursuant to the FLSA.

23. As a result of Defendant's intentional, willful and unlawful acts in refusing to pay Plaintiff time and one-half his regular rate of pay for each hour worked in excess of forty (40) per work week in one or more work week, Plaintiff has suffered damages plus incurring reasonable attorneys' fees and costs.

3

24. As a result of Defendant's willful violation of the FLSA, Plaintiff is entitled to liquidated damages.

25. Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff, MARCUS HARRISON demands judgment against Defendant for unpaid overtime compensation, liquidated damages, reasonable attorneys' fees and costs incurred in this action, declaratory relief, and any and all further relief that this Court determines to be just and appropriate.

Dated this 12 day of April, 2017

Matthew R. Gunter, Esq.
FBN 0077459
Morgan & Morgan, P.A.
20 N. Orange Ave., 16th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone: (407) 420-1414
Facsimile: (407) 867-4791
Email: mgunter@forthepeople.com
Attorneys for Plaintiff